IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN WILLIAMS,<br><br>　　　　Petitioner,<br><br>　v.<br><br>BEN CURRY,<br><br>　　　　Respondent(s). | No C 09-0427 CRB (PR)<br><br>ORDER OF DISMISSAL |

This habeas action by a prisoner was filed on January 29, 2009. The court notified petitioner in writing at that time that the action was deficient because petitioner did not pay the requisite $ 5.00 filing fee or, instead, submit a signed and completed court-approved in forma pauperis application, including a completed certificate of funds in the prisoner's account and a copy of the prisoner's trust account statement for the last six months. See 28 U.S.C. § 1915(a)(2). Petitioner was advised that failure to file the requested items within 30 days would result in dismissal of the action.

More than 60 days have elapsed; however, petitioner has not provided the court with the requisite items, or sought an extension of time to do so. The action is DISMISSED without prejudice.

The clerk shall close the file and terminate all pending motions as moot.

SO ORDERED.

Dated: April 3, 2009

　　　　　　　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　　　United States District Judge

G:\PRO-SE\CRB\HC.09\Williams, J1.dismiss.wpd