IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN WILLIAMS,

        Petitioner,

 v.

BEN CURRY,

        Respondent(s).

No C 09-0427 CRB (PR)

ORDER REOPENING CASE

Per order filed on April 3, 2009, the court dismissed without prejudice the above-captioned habeas action by a state prisoner for failure to pay the requisite $ 5.00 filing fee or, instead, submit a signed and completed court-approved in forma pauperis application.

The record shows that payment for the $5.00 filing fee was received on April 15, 2009. Petitioner's request that the court reconsider the dismissal and reopen this matter is GRANTED.

The clerk will reopen this matter and an initial order will issue shortly.

SO ORDERED.

Dated: April 22, 2009

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\HC.09\Williams, J1.reopen.wpd